MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
brigo@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
DBA El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FABIOLA DOVAL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION DBA EL SUPER; DOE MAINTENANCE EMPLOYEE; DOE EMPLOYEE; DOE JANITORIAL EMPLOYEE; DOE OWNER, I-V; ROE OWNERS; ROE EMPLOYER; and ROE COMPANIES,<br><br>Defendants. | CASE NO: 2:18-cv-01461-JCM-NJK |

### STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED, that the Plaintiff Fabiola Doval, by and through her counsel of record, Joshua P. Berrett, Esq. and Defendant Bodega Latina Corporation, dba El Super, by and through its counsel of record, Bernadette A. Rigo, Esq. of the law firm of Bauman Loewe Witt & Maxwell PLLC, that the above-entitled action shall be dismissed with prejudice in its entirety, each party to bear their own attorneys' fees and costs.

///

///

1     No trial date was set for this matter.

2     Agreed as to form and content:

3 Dated this 24 day of March 2020.     Dated this 28th day of March 2020.

4 BIGHORN LAW                       BAUMAN LOEWE WITT & MAXWELL

JOSHUA P. BERRETT, ESQ.           BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 012697               Nevada Bar No. 007882
716 S. Jones Blvd.                    3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89107                Las Vegas, NV 89130
Phone: 702-333-1111                 Phone: 702-240-6060
Fax: 702-507-0092                    Fax: 702-240-4267
Attorneys for Plaintiff,                Attorneys for Defendant,
Fabiola Doval                          Bodega Latina Corporation,
                                           dba El Super

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that this case be dismissed in its entirety, with prejudice, each party to bear their own costs and fees.

DATED April 3, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

BAUMAN LOEWE WITT & MAXWELL

_____
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super